OPINION — AG — QUESTION: IS THIS HOUSE BILL NO. 973 CONSTITUTIONAL, WHICH READS "AN ACT RELATING TO INSURANCE; AMENDING 36 O.S. 1961 1309 [36-1309]; PROVIDING THAT STATE INSURANCE BOARD SHALL NOT ISSUE AGENT'S OR SOLICITOR'S LICENSE TO ANY PERSON WHO HAS BEEN CONVICTED OF A FELONY; PROVIDING FOR SEVERABILITY OF THE ACT; REPEALING CONFLICTING LAWS; AND DECLARING AN EMERGENCY", ANSWER: YES (BURCK BAILEY)